**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025**

JOON YOUNG HAN, Individually, as Personal Representative of the Estate of JINNA HAN, deceased, and on behalf of all Surviving Beneficiaries,

Plaintiff,

-v.-

AMERICAN AIRLINES INC.
1 Skyview Dr.
Fort Worth, TX 76155

PSA AIRLINES, INC.
1 Terminal Dr.
Middletown, PA 17057

UNITED STATES OF AMERICA,
Todd Blanche, in his official capacity as
Acting U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

Defendants.

Lead Case No: 1:25-cv-03382-ACR

**SHORT FORM COMPLAINT**

Plaintiff JOON YOUNG HAN, Individually, as Personal Representative of the Estate of JINNA HAN, deceased, and on behalf of all Surviving Beneficiaries, respectfully alleges as follows:

1. Plaintiff refers to and incorporates by reference the First Amended Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein. Plaintiff adopts the First Amended Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint, First Amended Master Complaint, and any subsequent amendments thereto.

2. Plaintiff adopts each of the general allegations of the First Amended Master Complaint except for those paragraph numbers set for here, if any: N/A.

**CLAIMS AGAINST DEFENDANTS**

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the First Amended Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiff incorporates by reference each of the Causes of Action in the First Amended Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Negligence

☒ Second Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Negligence

☒ Sixth Cause of Action for Survival Based Upon Negligence

## **PLAINTIFF'S INFORMATION:**

5. Decedent, JINNA HAN, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6. JINNA HAN resided in Massachusetts.

7. Plaintiff JOON YOUNG HAN is a citizen and resident of Massachusetts and was the father of JINNA HAN, deceased.

8. Plaintiff JOON YOUNG HAN brings this lawsuit individually on his own behalf, as Personal Representative of the Estate of JINNA HAN, and on behalf of all surviving beneficiaries.

9. On or about August 18, 2025, the Probate and Family Court of Bristol County, Massachusetts issued an order appointing JOON YOUNG HAN Personal Representative of the Estate of JINNA HAN. Therefore, he has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of JINNA HAN and brings this lawsuit in his representative capacity.

## **PLAINTIFF'S ADMINISTRATIVE CLAIM**

10. On or about August 21, 2025, Plaintiff JOON YOUNG HAN, on behalf of himself, the Estate of JINNA HAN, deceased, and all surviving beneficiaries, served his initial administrative claims upon the FAA.

11. On or about August 21, 2025, Plaintiff JOON YOUNG HAN, on behalf of himself, the Estate of JINNA HAN, deceased, and all surviving beneficiaries, served his initial administrative claims upon the United States Army (“Army”).

12. The USA:

☒ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☐ the FAA denied Plaintiff’s claims on [DATE OF DENIAL] on behalf of both the FAA and United States Army (“Army”).

**PLAINTIFF’S DAMAGES**

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

☒ DECEDENT’s unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;

☒ the loss of the gross earning power of the DECEDENT;

☒ the loss of the full value of the life of the DECEDENT;

☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;

- ☒ the loss of financial support and contribution of the DECEDENT;
- ☒ loss of services;
- ☒ loss of inheritance;
- ☒ loss of accumulations;
- ☒ full pecuniary loss of the DECEDENT;
- ☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;
- ☒ loss of life's pleasures;
- ☒ loss of enjoyment of life of the DECEDENT;
- ☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;
- ☒ other necessary and reasonable expenses as a result of the DECEDENT's death;
- ☒ attorneys' fees, costs and other damages permitted under applicable laws;
- ☒ pre- and post-judgment interest on all damages as allowed by law;
- ☒ all costs of suit herein;
- ☒ such other and further relief as the Court shall deem just and proper;
- ☒ Other (specify):

## ADDITIONAL ALLEGATIONS, IF ANY

14. At the time of her death, Jinna Han was 13 years old, balancing online school with full-time training as a competitive figure skater at the Skating Club of Boston in Norwood, Massachusetts. Jinna Han was the beloved and only daughter of her parents, Joon Young Han and Jin Hee Han, a miracle they had always prayed for in their lives. Having spent nearly every day by their side, Jinna's relationship with her parents was founded on an extraordinary closeness and love that knew no bounds.

Jinna Han was a remarkable figure skater who made a name for herself as a prominent young skater when she joined the Skating Club of Boston in 2020. At the 2025 Eastern Sectional Singles Final, Jinna Han placed 4th in the free skate and 4th overall, earning her a spot in the U.S National-High Performance Development camp that would follow the 2025 U.S. Figure Skating Championships – this was the ultimate achievement for a skater of Jinna's age and level.

Jinna Han is survived by her father, Plaintiff Joon Young Han. Jinna perished alongside her mother, Jin Hee Han, in this tragic crash. She leaves behind numerous family members, friends, and fellow members of the skating community who deeply mourn her loss. Jinna was her father's pride and joy, and her loss has caused profound emotional and psychological harm to Mr. Han, who will carry the weight of her absence for the rest of his life.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: June 5, 2026

**KREINDLER & KREINDLER LLP**

By: */s/ Vincent C. Lesch*
Brian J. Alexander

(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(*pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(*pro hac vice*)
Jason Vincent
(application pending)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com
jvincent@kreindler.com